OPINION — AG — ** CONFLICT OF INTEREST — LEGISLATORS ** THE QUESTION OF WHETHER A LEGISLATOR HAS A PERSONAL OR PRIVATE INTEREST IN ANY PENDING OR PROPOSED BILL OR MEASURE IS NOT A QUESTION OF LAW, BUT INSTEAD IS A QUESTION OF FACT TO BE RESOLVED BY THE LEGISLATOR INVOLVED, OR BY THE HOUSE OF WHICH HE IS A MEMBER. CITE: OPINION NO. 68-369, ARTICLE V, SECTION 24 (TODD MARKUM) SEE OPINION NO. 88-581 (1988)